UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Cedric Bishop, on behalf of
himself and all other persons
similarly situated           Plaintiff(s),

                                                            25____ Civ. 2019 (___)

          - against -

                                                            CLERK'S CERTIFICATE
                                                            OF DEFAULT

College of St. Scholastica, Inc.;

                       Defendant(s),
-------------------------------------------------------------X

      I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 03/11/2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) College of St. Scholastica, Inc. by personally serving Mary Hermanson, Executive Assistant to the President, and proof of service was therefore filed on 03/17/2025 Doc. #(s) 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      04/08      , 20 5                                   TAMMI M. HELLWIG
                                                       Clerk of Court

                                               By: _____
                                                        Deputy Clerk