# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **Plaintiff(s)**<br>Cedric Bishop, on behalf of himself and all other persons similarly situated<br>vs.<br><br>College of St. Scholastica, Inc.<br><br>Defendant(s) | **Request for Clerk's Certificate of Default**<br><br>Civil Case No. 25-civ-2019-JPO |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiffs requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

Gottlieb & Associates PLLC by: Jeffrey M. Gottlieb, Esq.

**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**