UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Cedric Bishop, et al.,

                                        Plaintiff(s)

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

-against-

25 CV 2019 ( AS )

COLLEGE OF ST. SCHOLASTICA, INC.,

                                        Defendant(s).

-----------------------------------------------------------X

_____Cedric Bishop_____ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to __28 U.S.C. § 1331 and 42 U.S.C. § 12181__.

3. The time for defendant(s), __COLLEGE OF ST. SCHOLASTICA, INC.,__ to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), __COLLEGE OF ST. SCHOLASTICA, INC.__, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) __COLLEGE OF ST. SCHOLASTICA, INC.,__ to answer or otherwise move has not been extended.

5. That defendant(s) __COLLEGE OF ST. SCHOLASTICA, INC.,__ is not an infant or incompetent. Defendant(s) __COLLEGE OF ST. SCHOLASTICA, INC.,__ is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff __Cedric Bishop__ requests that the default of defendant(s) __COLLEGE OF ST. SCHOLASTICA, INC.__ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: April 8, 2025

By: _[signature: Cedric Bishop]_
(Signature
(Print Name of Plaintiff Pro Se)
(Address)
(Telephone Number)
(E-mail address)
C/O Gottlieb & Associates PLLC
150 E. 18 St.
New York, NY 10003
212 228-9795
Jeffrey@Gottlieb.legal