UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                            Plaintiffs,

                             v.

COLLEGE OF ST. SCHOLASTICA, INC.,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

No.: 1-25-cv-2019-JPO

**AFFIRMATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

       I, Jeffrey M. Gottlieb, Esq.,  an attorney duly admitted to practice in the State of New York and the Southern District of New York, hereby affirms the truth of the following under penalty of perjury:

       1.     I am the Principal of Gottlieb & Associates PLLC, and counsel for the Plaintiffs Cedric Bishop, On Behalf of Himself and All Other Persons Similarly Situated, in the above captioned matter. As such I am fully familiar with facts and circumstances regarding this action and the prior proceedings herein.

       2.     I make this affirmation pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of Plaintiff's application for the entry of default judgment against Defendant **COLLEGE OF ST. SCHOLASTICA, INC.**

       3.     This action was commenced on March 11, 2025 by filing a Summons and Complaint (Exhibit A).

       4.     On March 14, 2025, service was effectuated on Defendant **COLLEGE OF ST. SCHOLASTICA, INC.** by personal service at COLLEGE OF ST. SCHOLASTICA,

INC.'s principal place of business at 1200 Kenwood Ave., Duluth, MN 55811 by Mary
Hermanson Executive Assistant to the President, (Exhibit B), with a courtesy copy of the
Summons and Complaint e-mailed to the Defendant shortly after.

   5.   After sending the courtesy copy, we followed up by contacting COLLEGE
OF ST. SCHOLASTICA, INC. through their Attorney who failed to file an  answer or
otherwise move and the time for same has expired and thus we are obligated to move for a
default judgment; in which the attorney only sent us a link to a remote deposition, ignoring the
fact the Defendant's Answer is past due.

   6.   This is an action for remediation of all existing violations, compensatory
damages and to recover attorneys' fees and costs from Defendant to Plaintiff for violation of 42
U.S.C. 12181, *et seq.* of the Americans with Disabilities Act as well as the New York City
Human Rights Law and New York State Human Rights Law.

   7.   The time for Defendant, **COLLEGE OF ST. SCHOLASTICA, INC**, to
answer or otherwise move with respect to the complaint herein has expired.

   8.   Defendant, **COLLEGE OF ST. SCHOLASTICA, INC.** has not
answered or otherwise moved with respect to the complaint, and the time for Defendant
**COLLEGE OF ST. SCHOLASTICA, INC.** to answer or otherwise move has not been
extended.

   9.   That Defendant **COLLEGE OF ST. SCHOLASTICA, INC.** is not an
infant or incompetent. Defendant **COLLEGE OF ST. SCHOLASTICA, INC.** is not presently
in the military service of the United States as appears from facts in this litigation.

   10.   Defendant, **COLLEGE OF ST. SCHOLASTICA, INC.** is indebted to
Plaintiff, **Cedric Bishop on behalf of himself  and all other persons similarly situated**.

**WHEREFORE**, Plaintiff **Cedric Bishop** requests that the default of defendant

**COLLEGE OF ST. SCHOLASTICA, INC.** be noted and a certificate of default issued.

**Dated**: New York, New York
       April 8, 2025

By: _____
                Jeffrey M. Gottlieb, Esq.

GOTTLIEB & ASSOCIATES PLLC
*Attorneys for Plaintiffs*
150 East 18, Street Suite PHR
New York, New York 10003
(212) 228-9795
nyjg@aol.com