# AFFIDAVIT OF SERVICE

| Case: 25-cv-02019 | Court: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | County: | Job: 12898570 |
|---|---|---|---|
| Plaintiff / Petitioner: CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED | | Defendant / Respondent: COLLEGE OF ST SCHOLASTICA, INC. | |
| Received by: Special Services Bureau | | For: GOTTLIEB & ASSOCIATES PLLC | |
| To be served upon: COLLEGE OF ST SCHOLASTICA, INC. | | | |

I, Patrick Agnew, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Mary Hermanson Executive Assistant to President , 1200 Kenwood Avenue, Duluth, MN 55811
Manner of Service: Authorized, Mar 14, 2025, 1:35 pm CDT
Documents: SUMMONS IN A CIVIL ACTION ; CLASS ACTION COMPLAINT

Additional Comments:
1) Successful Attempt: Mar 14, 2025, 1:35 pm CDT at 1200 Kenwood Avenue, Duluth, MN 55811 received by Mary Hermanson Executive Assistant to President . Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Black; Other: White female at address authorized to accept service.;

_____  3.17.25
Patrick Agnew                Date

Special Services Bureau
314 West Superior St Suite 15
Duluth , MN 55802
2187224706

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

01-31-2029
Date           Commission Expires



CAREN I WATTS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029

Case 1:25-cv-02019-AS Document 14 Filed 03/17/25 Page 1 of 1