UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiffs,

v.

COLLEGE OF ST. SCHOLASTICA,
INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-02019-AS

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREEED**, by the undersigned attorneys, that the Plaintiff's, CEDRIC BISHOP, time to respond to DEFENDANT'S MOTION TO DISMISS is extended until May 16, 2025.

Dated: New York, New York
      April 30, 2025

**GOTTLIEB & ASSOCIATES PLLC**

*Attorneys for Plaintiff*

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795

**STEIN & NIEPORENT LLP**

*Attorneys for Defendant*

_____
David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
Phone: (212) 308-3444

SO ORDERED:

_____
United States District ~~Court~~ Judge
Date: May 2, 2025